**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION**

IN RE:                                          Case No. 26-12337-VFP
                                                Chapter 13
Diana Borray

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2007-OA2, Mortgage Pass-Through Certificates, Series 2007-OA2**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
Phone: 215-572-8111
Fax: 215-572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 10th day of June, 2026, to the following:

Larry Plummer
Larry Plummer Law, LLC
21 Main Street
Suite 154
Hackensack, NJ 07601
lplummer@larryplummerlaw.com
***Attorney for Debtor(s)***

Marie-Ann Greenberg
30 Two Bridges Road
Suite 330
Fairfield, NJ 07004-1550
mag@magtrustee.com
***Chapter 13 Trustee***

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Diana Borray
10 Phyllis Court
Wayne, NJ 07470

***Debtor(s)***

By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire