

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

 IN RE:

 DIANA BORRAY

Order Filed on June 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  26-12337**

**Hearing Date:  06/18/2026**

**Judge:  VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: June 22, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtor(s):  DIANA BORRAY

Case No.:  26-12337VFP

Caption of Order:  Order Denying Confirmation

THIS MATTER having been scheduled before the Court on 06/18/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/18/2026 of the plan filed on 03/03/2026, is denied; and it is further

ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 7/2/2026 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.