**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
　DIANA BORRAY

Order Filed on June 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  26-12337**

**Hearing Date:  06/18/2026**

**Judge:  VINCENT F. PAPALIA**

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: June 22, 2026**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

1

Debtor(s): DIANA BORRAY

Case No.: 26-12337VFP

Caption of Order: Order Denying Confirmation

_____

THIS MATTER having been scheduled before the Court on 06/18/2026 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/18/2026 of the plan filed on 03/03/2026, is

denied; and it is further

ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 7/2/2026 or the case will be

dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the

above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's

Attorney; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings.

United States Bankruptcy Court

District of New Jersey

In re:

Diana Borray

    Debtor

Case No. 26-12337-VFP

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 22, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

**Recip ID**        **Recipient Name and Address**
db          + Diana Borray, 10 Phyllis Court, Wayne, NJ 07470-6519

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Asaph Abrams

    bkecfinbox@aldridgepite.com

Larry Plummer

    on behalf of Debtor Diana Borray lplummer@larryplummerlaw.com  lpl@d-d-a.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Matthew K. Fissel

    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2  Mortgage Pass-Through Certificates, Series 2007-OA2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg

    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for GSR Mortgage Loan Trust 2007- OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 22, 2026                       Form ID: pdf903                                Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6