Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  26−12337−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Diana Borray
10 Phyllis Court
Wayne, NJ 07470

Social Security No.:
xxx−xx−4032

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/7/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 7, 2026
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 26-12337-VFP

Diana Borray                                                                                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                                        Page 1 of 3

Date Rcvd: Jul 07, 2026                           Form ID: 148                                        Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Borray, 10 Phyllis Court, Wayne, NJ 07470-6519 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 521039254 | + | Coastal Community Bank, C/O Weinstein & Riley, P.S., 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 521019591 | + | Oscar M. Sanchez, 10 Phyllis Court, Wayne, NJ 07470-6519 |
| 521019592 | + | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2026 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2026 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521057606 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 21:28:50 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521019576 | + | Email/Text: bk@avant.com | Jul 07 2026 21:21:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise Mart Plaza , Ste 900, Chicago, IL 60654-1105 |
| 521019577 | + | Email/Text: bk@avant.com | Jul 07 2026 21:21:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 521019583 | | Email/Text: cfcbackoffice@contfinco.com | Jul 07 2026 21:20:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 521019578 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 07 2026 21:21:00 | Caliber Home Loans, In, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 521019579 | + | EDI: CAPITALONE.COM | Jul 08 2026 01:02:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521026599 | + | EDI: AIS.COM | Jul 08 2026 01:02:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521054277 | + | Email/Text: bankruptcy@cavps.com | Jul 07 2026 21:21:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 521039254 | + | Email/PDF: ProsperBKDetection@resurgent.com | Jul 07 2026 21:29:03 | Coastal Community Bank, C/O Weinstein & Riley, P.S., 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 521019582 | + | EDI: WFNNB.COM | Jul 08 2026 01:02:00 | Comenity Capital/famous, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 521019584 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 07 2026 21:29:00 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 521210805 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 07 2026 21:20:00 | Deutsche Bank National Trust Company as |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Trustee fo, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521019585 | + | EDI: DISCOVER | |
|  |  | Jul 08 2026 01:02:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521019586 |  | Email/Text: ECF@fayservicing.com | |
|  |  | Jul 07 2026 21:20:00 | Fay Servicing Llc, Fay Servicing, Attn: Bankruptcy Dept, P.O. Box 815548, Farmers Branch, TX 75381 |
| 521019587 | + | EDI: PHINGENESIS | |
|  |  | Jul 08 2026 01:02:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 521019588 | + | EDI: IRS.COM | |
|  |  | Jul 08 2026 01:02:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521209503 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jul 07 2026 21:28:57 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521209502 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jul 07 2026 21:29:04 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521019589 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jul 07 2026 21:28:49 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521023349 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jul 07 2026 21:28:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521019590 |  | Email/Text: BankruptcyECFMail@mccalla.com | |
|  |  | Jul 07 2026 21:20:00 | McCalla Raymer Leibert Pierce LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 521034182 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | |
|  |  | Jul 07 2026 21:28:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 521019592 | + | Email/PDF: ProsperBKDetection@resurgent.com | |
|  |  | Jul 07 2026 21:29:03 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 521026429 |  | EDI: Q3G.COM | |
|  |  | Jul 08 2026 01:02:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521023350 |  | Email/PDF: resurgentbknotifications@resurgent.com | |
|  |  | Jul 07 2026 21:28:49 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521019593 | + | Email/Text: bankruptcyteam@rocketmortgage.com | |
|  |  | Jul 07 2026 21:21:00 | Rocket Mortgage LLC, PO Box 442359, Detroit, MI 48244-2359 |
| 521019594 | + | EDI: SYNC | |
|  |  | Jul 08 2026 01:02:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 521019595 | + | Email/Text: UpStart@ebn.phinsolutions.com | |
|  |  | Jul 07 2026 21:20:00 | Upst/drb, Dr Bank Loan Operations, Attn: Bankruptc, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 521019596 | + | Email/Text: UpStart@ebn.phinsolutions.com | |
|  |  | Jul 07 2026 21:20:00 | Upstart Network Inc/cu, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521047041 | + | Email/Text: peritus@ebn.phinsolutions.com | |
|  |  | Jul 07 2026 21:21:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521019580 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

District/off: 0312-2                                  User: admin                                      Page 3 of 3
Date Rcvd: Jul 07, 2026                               Form ID: 148                                 Total Noticed: 35

521019581       *+            Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Asaph Abrams
                                  bkecfinbox@aldridgepite.com

Larry Plummer
                                  on behalf of Debtor Diana Borray lplummer@larryplummerlaw.com  lpl@d-d-a.com

Marie-Ann Greenberg
                                  magecf@magtrustee.com

Matthew K. Fissel
                                  on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2  Mortgage Pass-Through Certificates, Series 2007-OA2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg
                                  on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for GSR Mortgage Loan Trust 2007- OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6