Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−12337−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Diana Borray
10 Phyllis Court
Wayne, NJ 07470

Social Security No.:
xxx−xx−4032

Employer's Tax I.D. No.:

---

## NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE

Notice is hereby given that an order vacating dismissal of this case was entered on 8/24/26. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: August 25, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-12337-VFP

Diana Borray Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3

Date Rcvd: Aug 25, 2026 Form ID: ntcrics Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana Borray, 10 Phyllis Court, Wayne, NJ 07470-6519 |
| cr | + | Deutsche Bank National Trust Company, as Trustee f, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 521019591 | + | Oscar M. Sanchez, 10 Phyllis Court, Wayne, NJ 07470-6519 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2026 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2026 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521057606 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:07 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521019576 | + | Email/Text: bk@avant.com | Aug 25 2026 21:49:00 | Avant LLC, Attn: Bankruptcy, 222 W Mechandise Mart Plaza , Ste 900, Chicago, IL 60654-1105 |
| 521019577 | + | Email/Text: bk@avant.com | Aug 25 2026 21:49:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 521019583 | | Email/Text: cfcbackoffice@contfinco.com | Aug 25 2026 21:48:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 521019578 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 25 2026 21:49:00 | Caliber Home Loans, In, 715 S Metropolitan Ave, Oklahoma City, OK 73108-2054 |
| 521019579 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2026 21:52:05 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521026599 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2026 21:52:22 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521054277 | + | Email/Text: bankruptcy@cavps.com | Aug 25 2026 21:49:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 521039254 | + | Email/PDF: ProsperBKDetection@resurgent.com | Aug 25 2026 21:52:31 | Coastal Community Bank, C/O Weinstein & Riley, P.S., 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 521019582 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2026 21:49:00 | Comenity Capital/famous, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 521019584 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2026 21:52:15 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 521210805 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2026 21:48:00 | Deutsche Bank National Trust Company as Trustee fo, C/O Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |

| | | | | |
|---|---|---|---|---|
| 521019585 | + | Email/Text: mrdiscen@discover.com | Aug 25 2026 21:48:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521019586 | | Email/Text: ECF@fayservicing.com | Aug 25 2026 21:48:00 | Fay Servicing Llc, Fay Servicing, Attn: Bankruptcy Dept, P.O. Box 815548, Farmers Branch, TX 75381 |
| 521019587 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2026 21:49:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 521019588 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2026 21:48:00 | Internal Revenue Service, ATTN: Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521209503 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521209502 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 521019589 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:19 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521023349 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521019590 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 25 2026 21:48:00 | McCalla Raymer Leibert Pierce LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| 521034182 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2026 21:52:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 521019592 | + | Email/PDF: ProsperBKDetection@resurgent.com | Aug 25 2026 21:52:07 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 521026429 | | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2026 21:49:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521023350 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 21:52:07 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521019593 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 25 2026 21:49:00 | Rocket Mortgage LLC, PO Box 442359, Detroit, MI 48244-2359 |
| 521019594 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 25 2026 21:52:07 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 521019595 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 25 2026 21:49:00 | Upst/drb, Dr Bank Loan Operations, Attn: Bankruptc, P.O. Box 1503, San Carlos, CA 94070-7503 |
| 521019596 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 25 2026 21:49:00 | Upstart Network Inc/cu, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 521047041 | + | Email/Text: peritus@ebn.phinsolutions.com | Aug 25 2026 21:49:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521019580 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521019581 | *+ | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asaph Abrams | bkecfinbox@aldridgepite.com |
| Larry Plummer | on behalf of Debtor Diana Borray lplummer@larryplummerlaw.com lpl@d-d-a.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007-OA2 Mortgage Pass-Through Certificates, Series 2007-OA2 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for GSR Mortgage Loan Trust 2007- OA2, Mortgage Pass-Through Certificates, Series 2007-OA2 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6