| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Diana Borray,<br><br>Debtor. | Case No.: 26-12337<br><br>Chapter: 11<br><br>Judge: Vincent F. Papalia |

## NOTICE OF CHAPTER 11 STATUS CONFERENCE

The within matter has been filed as a Chapter 11 case. Pursuant to 11 U.S.C. § 105(d), the Court will hold a status conference on December 10, 2026 at 10:00am at the U.S. Bankruptcy Court at 50 Walnut Street, Newark, NJ 07102 in Courtroom 3B before the Honorable Vincent F. Papalia.

**ATTENDANCE BY THE DEBTOR IS REQUIRED
AND INTERESTED PARTIES ARE ENCOURAGED TO ATTEND.**

The purpose of this status conference is to promote the efficient administration of the case. At the status conference, counsel for the debtor shall be prepared to discuss matters relating to the debtor's business, its financial affairs and anticipated issues in the case. If applicable, the debtor and other interested parties should be prepared to address the following:

1. the debtor's capital structure (secured and unsecured debt, tax claims, unliquidated claims, etc.);
2. the debtor's post-petition operations and sources of revenue including use of cash collateral and/or debtor in possession financing;
3. significant motions or litigation anticipated by the debtor or other parties;
4. whether the use of the Court's mediation program will assist in the resolution of disputed matters;
5. projected Chapter 11 administrative expenses (ordinary course and professionals) and how they will be satisfied;

6. proof of claim bar dates;
7. anticipated date to file Chapter 11 Plan;
8. compliance with Chapter 11 administrative duties – monthly operating reports, retention of professionals, insurance, payment of U.S. Trustee fees, DIP bank accounts, etc.;
9. the scheduling of future status conferences; and
10. other matters unique to the case.

Date: October 15, 2026

JEANNE A. NAUGHTON, Clerk

BY: /S/ Juan Filgueiras

*new.6/9/17*